UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHYN T. GALLARDO,
Plaintiff,
v.
PEOPLE OF THE STATE OF CALIFORNIA,
Defendant.

Case No. 26-cv-03352-VC

**ORDER OF DISMISSAL**

Petitioner Nathyn T. Gallardo, an inmate at Salinas Valley State Prison who is proceeding without representation by a lawyer, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the validity of his state court conviction. Gallardo's petition was dismissed with leave to file an amended petition with claims capable of being heard by a federal court. Dkt. No. 8. The deadline to do so has passed, and Gallardo has not filed an amended petition nor communicated with the court.

Accordingly, this case is DISMISSED without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 6, 2026

VINCE CHHABRIA
United States District Judge